# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 14-16345 (PMC) |
| CAC Buildings Properties LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| | ) | Chief Judge Pat E. Morgenstern-Clarren |

## NOTICE OF HEARING TO CONSIDER
## THE UNITED STATES TRUSTEE'S MOTION TO CONVERT
## CASE TO CHAPTER 7 OR DISMISS CASE

The Office of the United States Trustee has filed with the Court a motion styled "Motion to Convert Case to Chapter 7, or, in Alternative, Dismiss Case ".

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**In accordance with Local Rule 9013-1(a) any objection to the motion requested by the United States Trustee must be filed on or before December 6, 2014 with the Clerk of Courts at the following address:**

      **Clerk of Court**
      **United States Bankruptcy Court**
      **Howard M. Metzenbaum U.S. Courthouse**
      **201 Superior Avenue E**
      **Cleveland, Ohio 44114-1235**

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the response deadline specified above. You must also mail a copy to:

      Linda M. Battisti, Esq.
      Office of the U.S. Trustee
      Howard M. Metzenbaum U.S. Courthouse
      Suite 441
      201 Superior Ave.
      Cleveland, Ohio 44114

You must also attend the hearing on the motion which will be held on **December 11, 2014 at 10:30 a.m.** at the Howard M. Metzenbaum U.S. Courthouse, **Courtroom #2A**, 201 Superior Avenue E, Cleveland, Ohio.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief.

Dated: October 24, 2014

             **Respectfully submitted,**

             **Daniel M. McDermott**
             **United States Trustee**
             **Region 9**

         By: /s/ Linda M. Battisti
            Linda M. Battisti, Esq. #0017046
            Trial Attorney
            U.S. Department of Justice
            Office of the U.S. Trustee
            H.M. Metzenbaum U.S. Courthouse
            201 Superior Ave., #441
            Cleveland, Ohio 44114
            (216) 522-7800 ext. 255 (direct dial)
            (216) 522-7193 (facsimile)
            Linda.Battisti@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on October 24, 2014, a true and correct copy of the Notice of Hearing on the United States Trustee's Motion to Convert or Dismiss was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Eric H. Zagrans, Esq., on behalf of debtor, at: eric@zagrans.com
Scott D. Fink, Esq., on behalf of Waring Investments, Inc., at: ecfndoh@weltman.com

And by regular U.S. mail, postage prepaid, on:

CAC Buildings Properties, LLC, debtor, at: 3535 Severn Road, Cleveland, Ohio 44114

/s/ Linda M. Battisti
Linda M. Battisti (#0017046)
Trial Attorney
Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114-2301
(216) 522-7800, Est. 255
(216) 522-7193 (facsimile)
Linda.Battisti@ust.doj.gov